*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                    Chapter: 7

    Jennifer Sweeney

Debtor(s)                                                                Case No: 22−12640−mdc

---

### *ORDER*

AND NOW, 1/9/23 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 1/23/23 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.

                              For The Court

                              Magdeline D. Coleman

                              Chief Judge ,United States
                              Bankruptcy Court