Certificate Number: 15317-PAE-DE-036964524

Bankruptcy Case Number: 22-12640



15317-PAE-DE-036964524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 8, 2022</u>, at <u>10:28</u> o'clock <u>PM PST</u>, <u>Jennifer A Sweeney</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 8, 2022</u>         By:    <u>/s/Jerry Fajardo</u>

                                       Name:  <u>Jerry Fajardo</u>

                                       Title: <u>Counselor</u>